■■■ Dominic Laudisio et al., Plaintiffs, v Diamond "D" Construction Corporation, Respondent. Fireman's Fund Insurance Company et al., Appellants; Pacific Employers Insurance Company, Respondent. [858 NYS2d 645]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered August 2, 2007. The judgment granted defendant's motion and declared that the workers' compensation insurers' lien was extinguished on December 14, 2001, when plaintiffs and the workers' compensation insurers entered into a settlement agreement.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Green, Pine and Gorski, JJ.

■■■ In the Matter of Edwin D. Price, an Attorney, Respondent. [858 NYS2d 615]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed May 21, 2008.)

■■■ In the Matter of David E. Parker, an Attorney, Respondent. [858 NYS2d 615]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed May 21, 2008.)

■■■ In the Matter of Alan E. Fielitz, an Attorney, Respondent. Grievance Committee of the Eighth Judicial District, Petitioner. [858 NYS2d 615]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed May 21, 2008.)